IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC MONROE DAVIS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| ALLENTOWN POLICE DEPT, *et al.*, | : | NO. 18-686 |
| Defendants. | : | |

## ORDER

**AND NOW**, this 12th day of December, 2018, upon consideration of Plaintiff's Complaint, Defendants' Motion to Dismiss (Docket No. 16), and Plaintiff's opposition thereto, it is hereby **ORDERED** as follows:

1. Defendants' Motion to Dismiss is **GRANTED**;

2. Plaintiff's Complaint is **DISMISSED** without prejudice; and

3. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.